IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIAMA OGILVIE,** | : | CIVIL ACTION NO. 1:13-CV-3007 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **PENNSYLVANIA LAWYERS FUND FOR CLIENT SECURITY,** *et al.*, | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 30th day of September, 2015, upon consideration of defendants' motions (Docs. 26, 38, 59) to dismiss and plaintiff's motion (Doc. 63) for leave to file a second amended complaint, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motions (Docs. 26, 38, 59) to dismiss are GRANTED.

2. The motion (Doc. 63) for leave to file a second amended complaint is DENIED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

                                            /S/ CHRISTOPHER C. CONNER
                                            Christopher C. Conner, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania